# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3661

United States of America

Appellee

v.

Emily Claire Hari, formerly known as Michael Hari

Appellant

No: 22-1065

United States of America

Appellee

v.

Emily Claire Hari, formerly known as Michael Hari

Appellant

_____

Appeal from U.S. District Court for the District of Minnesota
(0:18-cr-00150-DWF-1)
(0:18-cr-00150-DWF-1)

_____

**ORDER**

The appellant's motion for leave to split oral argument has been considered by the court and is denied. The court has further reviewed the matter and has decreased the allotted oral argument time from 20 minutes to 15 minutes per side.

December 06, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans